# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRSHA BROWN,

    Plaintiff,

v.

STATE OF NEVADA, *et al*.,

    Defendants.

Case No. 2:10-CV-00964-KJD-LRL

**ORDER**

    On October 28, 2010, Magistrate Judge Lawrence R. Leavitt entered an Order and Recommendation (#6) granting Plaintiff's request to proceed *in forma pauperis* and recommending that Plaintiff's complaint be dismissed as irrational, delusional and frivolous. Objections to the magistrate judge's order were due no later than November 14, 2010. Though the time for doing so has passed, Plaintiff has failed to file objections. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Order & Recommendation (#6) of the United States Magistrate Judge entered October 28, 2010, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that the Order & Recommendation (#6) of the United States Magistrate Judge entered October 28, 2010, is **ADOPTED** and **AFFIRMED**;

1  IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice as**
2  **frivolous**, **irrational and delusional**.
3  DATED this 22nd day of November 2010.

_____
Kent J. Dawson
United States District Judge